# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **NATHANIEL HOLDWAY,** | ) | Civil Action No. 7:15-cv-00641 |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **MR. SCOTT, <u>et al.</u>,** | ) | **By:** **Hon. Robert S. Ballou** |
| **Defendants.** | ) | **United States Magistrate Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ADJUDGED and ORDERED

that Plaintiff's motion for subpoenas and motion for a jury (ECF Nos. 35, 41) are **DENIED**;

Defendants' motion for summary judgment is **GRANTED**; and the action is **STRICKEN** from

the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to the parties.

Enter: October 6, 2016

*/s/ Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge